James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and imposition of a two-year sentence for burglary, second degree, in violation of § 569.170.1, RSMo 1978.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed. All concur.

Rule 30.25(b).

N.E. Brown of Falzone, Brown & Keller, P.C., Huntsville, for appellant.

John Ashcroft, Atty. Gen., Kelly S. Klopfenstein, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

## ORDER

This is a direct appeal from a jury conviction for escape from confinement (§ 575.-210, RSMo 1978). Sentence was imposed by the court upon a finding that appellant was a persistent offender (§ 558.016, RSMo 1978).

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.

**STATE of Missouri, Respondent,**

v.

**Terry A. JOHNSTON a/k/a Terry Allen Johnston, Appellant.**

**No. WD 34021.**

Missouri Court of Appeals, Western District.

May 31, 1983.

**Richard R. WORKMAN, Respondent,**

v.

**Sandra K. WORKMAN, Appellant.**

**No. WD 34097.**

Missouri Court of Appeals, Western District.

May 31, 1983.